NS
CV30

NIS

EMERGENCY FILING

ORIGINAL //

1. Eural Dewayne Debbs SR.

2. 3253 Saddle Back Drive

3. Palmdale, California

4.                          93550

5. Plaintiff IN Propria Persona

6.

7.

8.              United States Court House

9.              312 North Spring Street

10.             (Civil, Division)

**CV17-9223- DSF (GJSx)**

11.

12. Eural Dewayne Debbs SR. )   Civil Complaint For Damages

13.        Plaintiff          )   Pendant Jurisdiction

14.          vs.              )   CASE No.#

15. Good Sameritan Hospital Et. Al. )  Both Tort And Federal

16. Amalfi IN The Desert Et. Al.  )   Causes of Action

17. Doctor Tan / Jane And John Doe/*)

18. Through 10 / Private And Professional )  Request For Scheduling Order

19. Capacity ...... Defendants  )

20.                            )   Demand For Jury Trial

21.

22.              Introduction

23.

24.      (1.)    Plaintiff is A Disabled American Citizen, Who is a Retired Paralegal

25. Plaintiffs Disabilities include 20% use of his Right Hand, which is Plaintiffs writing hand,

26. Therefore Plaintiff makes A Formal Request for Appointment of Legal counsel,

27. ///

28. ///

(1.)

FILED
CLERK, U.S. DISTRICT COURT

DEC 27 2017

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

(2.)            Jurisdiction

2. Defendants and each of them Reside in or have

3. Legal Assigned Agents that take partic Daily

4. Funtion of Business Policys and Duties to

5. uphold and Enforce Both State and Federal Laws

6. Incorporated and Residing in "Kern County" California

7. Bakersfield California and Palmdale California

8. This Honorable Court Has Full Jurisdiction of Both

9. The State and Federal Causes of Action

10.

11.

12. (3.)            Statement of Facts

13.

14. On or about November 10th 2017 I was admitted and placed in the care of

15. Good Samaritan Hospital at 901 Olive Drive Bakersfield, California 93308, Doctor

16. Agnes was Medical Doctor and Director, Also Doctor Agnes placed Plaintiff in the

17. Care now unknown Defendants, now listed As Jane and John Does, During

18. Discovery Plaintiff will Find out the true names of these Now Jane and

19. John Doe Defendants and will Amend Plaintiffs Complaint at that Time,

20. After being Placed in and under the Care of Good Samaritan Hospital,

21. And Dr Agnes Along with Doctors and nurses and Agents, now listed as Jane

22. And John Does, Plaintiff verbally explained to each and Every Employee that

23. provided Medical care of Any type, that Plaintiff was (Suffering) terrible pains

24. that Plaintiff Believes, were (Parasitic); in natures uch has (Scabies)

25. (Giant Body lice) or some other (Bug) Plaintiff Informed each Doctor

26. Nurse and Agent of Plaintiffs sufferings to Plaintiffs "Legs, Arms", "Buttocks" Back and

27. "Head", "Ears" "Eyes" and "Hands", pointing out "scares and Swelten areas on

28. Plaintiffs Body, " ~ ~ ~ ~

(2)

First Cause of Action

1. (1.)    Cruel And Unusual Punishment

2.    Eight Amendment Violations, And Deliberate Indifference

3.

4.    (A.) When Defendants (Good Samaritan Hospital), Medical

5.    (Director Doctor Agnes), Along with Defendants And Employee Agents

6.    Failed to provide Proper care, Along with Directly And Visibly viewing

7.    Plaintiffs Agonys And Pains yet Failing to Investigate Plaintiffs Chronic

8.    Medical Complaints, total Disregarding Plaintiffs complaints, Constitutes

9.    A Clear Violation of Plaintiffs Federally protected constitutional

10.   Rights, Constituting cruel and unusual Punishment And

12.   Deliberate Indifference.

13.    State Tort Law "Medical" Negligence Violations:

14.    (B.)  When Defendants Good Samaritan Hospital, Medical Director

15.   Doctor Agnes, Did "Breach" A clear Duty to Plaintiff when each of them Did

16.   Fail to Directly comply with Both State and Federal Laws, concerning

17.   Doctor—client relationships and Duty, Defendants "Amalfi In the Desert";

18.   On Discharge From Good Samaritan recieved Plaintiffs as a Patient and

19.   took responsibility on November 29th 2017 At one of Defendants

20.   Medical Locations, Placing Plaintiff In the Direct care of Plaintiff now

21.   Defendant Doctor Singh Matab who Did "visual" examination of Plaintiff

22.   Lasting all of "10" seconds, Walking out of Plaintiffs Medical Room with Plaintiff

23.   Yelling out Plaintiffs medical concerns of Bugs, and speaking of Lies, clearly

24.   Breaching His Duties Owed to Plaintiff Constituting Medical Negligence.

25.   ///

26.   ///

27.   ///

28.   ///

3 of 4.

_Cause of Action_

_Medical ... Malpractice_

2.    _State Tort Law_

3.    _Violation_

4.    (C.) When Defendants Good Samaritan Hospital; _Medical Director Doctor Agness;_

5.    _Amalfi in the Desert;_ Singh Mata B; Defendants Did clearly _Deviate_

6.    From Normal Procedures As well As Jane and John Doe When each Defendant

7.    Did Fail to Follow proper State Law concerning _Plaintiff Medical_ Complaints and

8.    concerns. Constitute _Medical Malpractice State tort Law Violations._

9.

10.

11.    _Request For Relief_

12.

13.    (D.) Plaintiff Relief in the Form of "Compensatory"

14.    Damages in An Amount of $3 Million Dollars Per Defendant.

15.

16.    (E.) Plaintiff Request Relief in the Form of "Nominal"

17.    Damages in the Amount of $100,000 Per Defendants

18.

19.    (F.) Plaintiff Request _Punitive Damages_ in An Amout

20.    to be set By the Courts AnDOR Jury Due to Plaintiff

21.    as of this Date still continues to Suffer From Lack of

22.    Proper treatment and care Plaintiff Pleas with the Honorable

23.    court For Justice. Plaintiff After Discovery will File A Motion

24.    For _Summary Judgment_ Defendants Have a triable Issue of Material Facts

25.    I Declare under the penalty of Perjury that the Foregoing

26.    true and Correct.

27.    _____ Errol Dewayne DeWitt Sr. Plaintiff

28.    In Propria Persona

4 of 4

*Exhibit 2-B2*

neighbor**care** health

| | |
|---|---|
| PATIENT: | Eural Debbs |
| DATE: | 11/21/2017 |
| PROVIDER: | Ancillary NCH NK |
| PRACTICE: | NCH |
| RE: | Lab Results History |

*Stephanie*
*778- 6532*
*Emergency contact*

## Lab Results History

| ORDER:Histopathology | | Final | | Signed-Off | |
|---|---|---|---|---|---|
| Pathology Report | | | | 06/02/2015 22:04 | |
| Description | | Result | | Flags | Range |
| 500920 | | Comment | | | |
| 500923 | | Comment | | | |
| 500927 | | Comment | | | |
| 500928 | | Comment: | | | |
| 500929 | | Comment | | | |
| 500930 | | Comment | | | |
| 500940 | | Comment | | | |
| 500941 | | Comment | | | |

### Comments

CO-SWB2015-12437     CO-SWB201512437
Performed At: =Z, LabCorp Seattle WA Cyto
550 17th Avenue Suite 300, Seattle, WA, 981225789
Daniel, Toweill, MD, Phone: 2068617000
500920:
Material submitted:
BLE
500923:
Clinical history:
PRURITUS SCALING SILVERY PSORIAFORM
PLAQUES AND SCABIES BURROWS
500927:
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Diagnosis:
BLE:
    Keratin debris with serum. See comment.
LYM/06/03/2015
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
500928:
There is no substantial parakeratosis in this specimen to suggest
psoriasis. However, this specimen is limited for the evaluation of
psoriasis because there is no epidermis or dermal tissue present. Scabies
are not identified, but scabies can be hard to find among the fragmented

Debbs, Eural D. 000002723661 10/21/1955 11/21/2017 04:57 PM Page: 1/2

*EX AMS+2-B*

*Proof Plaintiff Has Suffered Since (2012) over 3 years*

# neighborcare health

| | |
|---|---|
| PATIENT: | Eural Debbs |
| DATE OF BIRTH: | 10/21/1955 |
| DATE: | 06/02/2015 10:30 AM |
| HISTORIAN: | self |
| VISIT TYPE: | Office Visit |

*Plaintiff was Disabled unable to apply creams*

**Interpreter:**           **Language:** English

## Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Pruritus (698.9). |
| | Provider Plan | chronic hx, 3 yrs duration,with multiple confounding factors including poor hygiene, exposure to scabies and mutliple infections of scabies, and combination of generalized pruritus, fatigue, and some psoriaform plaques |
| | | Will send scrape biopsy to check for Norweigen scabies vs psoriasis Hydroxyzine for itching, triamcinalone for scaling patches. f/u in 1 week |
| | Plan Orders | Histopathology to be performed on 06/02/2015. |
| 2. | Assessment | Scabies (133.0). |
| | Provider Plan | considering Norweigen scabies given severity of sxs and mixed presentation Will try regular permethrin creme course first, consider invermectin if no improvements. |

This 59 year old male presents for Follow up on localized puritus.

## History of Present Illness:

1. Follow up on localized puritus
   3 yrs of itching, started after hot tub at the Wagon Wheel motel and since then has had itching moving all over the body. Having scaling pruritic patches with silvery color over posterior calves. Has stayed in multiple crash pads, believes he is seen bed bugs

   Pt is quite agitated, relates a long and vague history of providers accusing him of "lies" about his health care including opiate additction, and being told that his pruritus was self inflicted and skin rash was neurotic excoriation. He then admits he does use opiates, but this is because he has so many problems to get over. He is quite adamant that "there is bugs under my skin, they are eating me up, those Phillipinos in the motel 3 yrs ago infected me with the dirty jacuzzi". he states he can see the bugs in his clothing, and removes his shirt to show me. I can see white flakes of dead skin or dandruff, but am unable to locate any bugs. He then asks me if these bugs could also be infecting his central nervous system, or causing his herniated disks.

keratin debris in this specimen, therefore it cannot be ruled out.

*Exhibit 3-A*

If the lesions do not respond to standard anti-scabies treatment, please get back to me so that I might attempt deeper sections in the blocks to continue searching for scabies. However, it is likely low yield, therefore I would not pursue that at this point.
500929:
Electronically signed:
John Zhang, MD, PhD, Dermatopathologist
500930:

*Proof of Plaintiffs*
*Concerns since*
*2015*

Gross description:
Received in one formalin-filled container, labeled with the patient's name "Debbs, Eural" and designated "BLE", are multiple tiny fragments of gray-tan, friable tissue which aggregate to 0.4 x 0.2 x 0.1 cm. The contents of the container are filtered, wrapped, and entirely submitted in cassette A1. Also received is a light tan-brown, friable shave of tissue which measures 1.5 x 1.0 by less than 0.1 cm. The specimen is inked blue, sectioned into five pieces, and entirely submitted in cassette A2.
(DMC:cmc88 536245)
DMC/FRR
500940:
Pathologist provided ICD-9:
709.9
500941:
CPT
883051

*Electronically signed by:*

NCH, Ancillary 11/21/2017 4:57 PM

Document generated by: Toni T. Le 11/21/2017

**Good Samaritan Hospital**
Printed: 11/28/17 at 17:35

*Patient Transfer Form*

Page 7 of 7

### Transfer request

I acknowledge my medical condition has been evaluated and explained by the ER physician and/or attending physician who recommended and offered further medical examination/treatment. The potential benefits as well as the potential risks associated with the transfer to another facility have been explained to me and I fully understand them. In spite of this, I refuse consent to further medical examination/treatment which has been offered to me. I request transfer to Amalfi In theDesert___.

Amalfi in the Desert

3753 Saddleback Dr.

Palmdale, CA 93550

(661) 526·5612    phone

(661) 526·5103    Fax

PROOF OF PREGNANT Policys

Plantiff

### Signatures

| | |
|---|---|
| Signature of physician or nurse: _____ | Date: 11 28 17 |
| Patient signature: X Refused to Sign | Date: 11 28 17 |
| If patient unable to sign; Responsible person: _____ | Relationship: _____ |
| Witness signature: Clauthm | |

PATIENT: DEBBS EURAL    M/R#: 142724    NUMBER: 426921    AGE: 62    SEX: M    ROOM: 145-A    PAGE: 7

# Good Samaritan Hospital

*Patient Transfer Form*

Printed: 11/28/17 at 17:35                     Page 6 of 7

| | Active Pharmacy Orders | | Last |
|---|---|---|---|
| **Start date** | **Description** | **dose/schedule** | **given** |

**Wounds:** WOUND ON BOTH LOWER EXTREMITIES.
    b/l lower leg wound
**Allergies:** NO
    no
~~**Code Status:** Full code.~~
    Amended: 11/22/17 15:34 (BRAR R)
**Mental Status/Behavior:**
    Alert, Oriented x ___3_, PERIOD OF CONFUSION,FORGETFULLNESS,MOOD VARIATIONS.
    Alert, Forgetful.
    Alert, Forgetful.
**Diet:** CARDIAC DIET
    cardiac diet
**Disabilities/Activity Tolerance/Rehab Potential**
    Moderate activity tolerance limitations.
    Moderate activity tolerance limitations.
**Communication Ability:** Can speak, Can write.
    Can speak, Can write, Understands English.

*PROOF OF FALSE Entrys*

**Activities of Daily Living** with assist.
    with assist.
**Weight Bearing:** Partial.
    Partial.
**Assistive Devices:** Walker. *FALSE*
    Walker.
**Bed:** Regular mattress.
    Regular mattress.
**Bowel:** Continent.
    Continent.
**Bladder:** Continent.
    use urinal

*False*

**Comments:** Comments,pt stable.iv removed.all needs are met.
**MAR:** Latest MAR copied & sent with patient.
**Acute Patient Transfer to External Acute Facility**  Transfer authorization completed.
**Report Included:** Facesheet, History & Physical, Allergies, Medication Record, Chart / copies.
    Nursing Discharge Summary.
**Receiving Physician:** Facility MD
**Contact Person Relationship/Address/Phone** Dorothy Brooks-mother 916-613-0941

**Transfer consent**

 I acknowledge that my medical condition has been evaluated and explained by
the ER physician and/or attending physician who has suggested that I be
transferred to the services of Dr. Facility MD__. The potential of such
transfer, the potential risks associated with such transfer and the probable
risks of not being transferred understand have been explained to me and I
fully them. With this knowledge and understanding, I agree and consent to be
transferred.

*PROOF OF Repugnant Policys*

*Signatures on last page...*

# WIKIPEDIA

# Ivermectin

**Ivermectin** is a medication that is effective against many types of parasites.[1] It is used to treat head lice,[2] scabies,[3] river blindness,[4] strongyloidiasis,[5] and lymphatic filariasis, among others.[6] It can be either applied to the skin or taken by mouth.[2] The eyes should be avoided.[2]

Common side effects include red eyes, dry skin, and burning skin.[2] It is unclear if it is safe for use during pregnancy, but is likely acceptable for use during breastfeeding.[7] It is in the avermectin family of medications and works by causing an increase in permeability of cell membrane resulting in paralysis and death of the parasite.[2]

Ivermectin was discovered in 1975 and came into medical use in 1981.[6][8] It is on the World Health Organization's List of Essential Medicines, the most effective and safe medicines needed in a health system.[9] The wholesale cost in the developing world is about US$0.12 for a course of treatment.[10] In the United States it costs $25–50.[5] In other animals it is used to prevent and treat heartworm among other diseases.[1]

# Contents

**Medical uses**
    Arthropod
    Rosacea

**Contraindications**

**Side effects**

**Pharmacology**
    Pharmacodynamics
    Pharmacokinetics
    Ecotoxicity

## Ivermectin



| Clinical data | |
|---|---|
| **Trade names** | Stromectol, Soolantra cream |
| **AHFS/Drugs.com** | Monograph (https://www.drugs.com/monograph/ivermectin.html) (antiparasitic) FDA Professional Drug Information (https://www.drugs.com/pro/soolantra-cream.html) (rosacea) |
| **MedlinePlus** | a607069 (https://medlineplus.gov/druginfo/meds/a607069.html) |
| **Pregnancy category** | AU: B3 US: C (Risk not ruled out) |
| **Routes of administration** | by mouth, topical |
| **ATC code** | D11AX22 (WHO (https://www.w |

**History**

**Brand names**

**Veterinary use**

**Research**

**See also**

**Notes and references**

**External links**

# Medical uses

Ivermectin is a broad-spectrum antiparasitic agent, traditionally against parasitic worms and other multicellular parasites. It is mainly used in humans in the treatment of onchocerciasis (river blindness), but is also effective against other worm infestations (such as strongyloidiasis, ascariasis, trichuriasis, filariasis and enterobiasis), and some epidermal parasitic skin diseases, including scabies.

Ivermectin is currently being used to help eliminate river blindness (onchocerciasis) in the Americas, and to stop transmission of lymphatic filariasis and onchocerciasis around the world in programs sponsored by the Carter Center using ivermectin donated by Merck.[11][12][13] The disease is common in 30 African countries, six Latin American countries, and Yemen.[14] The drug rapidly kills microfilariae, but not the adult worms. A single oral dose of ivermectin, taken annually for the 10–15-year lifespan of the adult worms, is all that is needed to protect the individual from onchocerciasis.[15]

## Arthropod

**More recent evidence supports its use against parasitic arthropods and insects:**

| | |
|---|---|
| hocc.no/atc_ddd_index/?code= D11AX22)) P02CF01 (WHO (https://www.whocc.no/atc_ddd_index/?code=P02CF01)) QP54AA01 (WHO (https://www.whocc.no/atcvet/atcvet_index/?code=QP54AA01)) QS02QA03 (WHO (https://www.whocc.no/atcvet/atcvet_index/?code=QS02QA03)) | |
| **Legal status** | |
| Legal status | US: ℞-only |
| **Pharmacokinetic data** | |
| Protein binding | 93% |
| Metabolism | Liver (CYP450) |
| Biological half-life | 18 hours |
| Excretion | Feces; <1% urine |
| **Identifiers** | |
| IUPAC name | |
| CAS Number | 70288-86-7 (http://www.commonchemistry.org/ChemicalDetail.aspx?ref=70288-86-7) ✔ 71827-03-7 (http://www.commonchemistry.org/ChemicalDetail.aspx?ref=71827-03-7&title=) |
| PubChem CID | 9812710 (https://pubchem.ncbi.nlm.nih.gov/compound/9812710) |
| DrugBank | DB00602 (https://www.drugbank.ca/drugs/DB00602) ✔ |
| ChemSpider | 7988461 (http://www.chemspider.com/Chemical-Structure.7988461.html) ✔ |
| UNII | 8883YP2R6D (https://fdasis.nlm.nih.gov/srs/srsdirect.jsp?regno=8883YP2R6D) |

- Mites such as scabies:[16][17][18] It is usually limited to cases that prove to be resistant to topical treatments or that present in an advanced state (such as Norwegian scabies).[18]
- Lice:[19][20] Ivermectin lotion (0.5%) is FDA-approved for patients six months of age and older.[21] After a single, 10-minute application of this formulation on dry hair, 78% of subjects were found to be free of lice after two weeks.[22] This level of effectiveness is equivalent to other pediculicide treatments requiring two applications.[23]
- Bed bugs:[24] Early research shows that the drug kills bed bugs when taken by humans at normal doses. The drug enters the human bloodstream and if the bedbugs bite during that time, they will die in a few days.

## Rosacea

An ivermectin cream has been approved by the FDA, as well as in Europe, for the treatment of inflammatory lesions of rosacea. The treatment is based upon the hypothesis that parasitic mites of the genus *Demodex* play a role in rosacea. In a clinical study, ivermectin reduced lesions by 83% over 4 months, as compared to 74% under a metronidazole standard therapy.[25][26][27]

# Contraindications

Ivermectin is contraindicated in children under the age of five, or those who weigh less than 15 kilograms (33 pounds)[28] and those who are breastfeeding, and have a liver or kidney disease.[29]

# Side effects

The main concern is neurotoxicity, which in most mammalian species may manifest as central nervous system depression, and consequent ataxia, as might be expected from potentiation of inhibitory GABA-ergic synapses.

| KEGG | D00804 (http://www.kegg.jp/entry/D00804)✓ |
|---|---|
| ChEMBL | CHEMBL341047 (https://www.ebi.ac.uk/chembldb/index.php/compound/inspect/CHEMBL341047)✗ |
| PDB ligand | IVM (PDBe (https://www.ebi.ac.uk/pdbe-srv/PDBeXplore/ligand/?ligand=IVM), RCSB PDB (http://www.rcsb.org/pdb/search/smartSubquery.do?smartSearchSubtype=ChemCompIdQuery&chemCompId=IVM&polymericType=Any)) |
| ECHA InfoCard | 100.067.738 (https://echa.europa.eu/substance-information/-/substanceinfo/100.067.738) |
| Chemical and physical data | |
| Formula | $C_{48}H_{74}O_{14}$ (22,23-dihydroavermectin $B_{1a}$) $C_{47}H_{72}O_{14}$ (22,23-dihydroavermectin $B_{1b}$) |
| Molar mass | 875.10 g/mol |
| 3D model (JSmol) | Interactive image (https://chemapps.stolaf.edu/jmol/jmol.php?model=CC%5BC%40H%5D%28C%29%5BC%40%40H%5D1%5BC%40H%5D%28CC%5BC%40%40%5D2%28O1%29C%5BC%40%40H%5D3C%5BC%40H%5D%28O2%29%2FC%3DC%28%2F%5BC%40H%5D2%8%5BC%40H%5D%28%2FC%3DC%2FC%3DC%2F4%5CCO%5BC%40H%5D5%5BC%40%40%5D4%28%5BC%40%40H%5D%28C%3DC%28%5BC%40H%5D5O%29C%29C%28%3DO%29O3%29O%29C%29O%25 |

Dogs with defects in the P-glycoprotein gene (*MDR1*), often collie-like herding dogs, can be severely poisoned by ivermectin.

Since drugs that inhibit CYP3A4 enzymes often also inhibit P-glycoprotein transport, the risk of increased absorption past the blood-brain barrier exists when ivermectin is administered along with other CYP3A4 inhibitors. These drugs include statins, HIV protease inhibitors, many calcium channel blockers, and glucocorticoids such as dexamethasone, lidocaine, and the benzodiazepines.[30]

For dogs, the insecticide spinosad may have the effect of increasing the potency of ivermectin.[31]

# Pharmacology

## Pharmacodynamics

Ivermectin and other avermectins (insecticides most frequently used in home-use ant baits) are macrocyclic lactones derived from the bacterium *Streptomyces avermitilis*. Ivermectin kills by interfering with nervous system and muscle function, in particular by enhancing inhibitory neurotransmission.

The drug binds to glutamate-gated chloride channels (GluCls) in the membranes of invertebrate nerve and muscle cells, causing increased permeability to chloride ions, resulting in cellular hyper-polarization, followed by paralysis and death.[2][32] GluCls are invertebrate-specific members of the Cys-loop family of ligand-gated ion channels present in neurons and myocytes.

## Pharmacokinetics

5BC%40H%5D6C%5BC%5BC%40%
40H%5D%28%5BC%40H%5
D%28%5BC%40%40H%5D%2
8O6%29C%29O%5BC%40H%
5D7C%5BC%40%40H%5D%2
8%5BC%40H%5D%28%5BC%
40%40H%5D%28O7%29C%29
O%29OC%29OC%29%5CC%2
9C.C%5BC%40H%5D1CC%5B
C%40%5D2%28C%5BC%40%
40H%5D3C%5BC%40H%5D%
28O2%29C%2FC%3DC%28%2
F%5BC%40H%5D%28%5BC%
40H%5D%28%2FC%3DC%2F
C%3DC%2F4%5CCO%5BC%4
0H%5D5%5BC%40%40%5D
4%28%5BC%40%40H%5D%28
C%3DC%28%5BC%40H%5D5
O%29C%29C%28%3DO%29O
3%29O%29C%29O%5BC%40
H%5D6C%5BC%40%40H%5
D%28%5BC%40H%5D%28%5
BC%40%40H%5D%28O6%29
C%29O%5BC%40H%5D7C%5
BC%40%40H%5D%28%5BC%
40H%5D%28%5BC%40%40
H%5D%28O7%29C%29O%29
OC%29OC%29%5CC%29O%5
BC%40%40H%5D1C%28C%29
C)

| SMILES |
|---|
| **InChI** |

$\pmb{\mathcal{X}\checkmark}$ (what is this?) (verify)

Ivermectin can be given by mouth, topically, or via injection. It does not readily cross the blood–brain barrier of mammals due to the presence of P-glycoprotein,[33] (the *MDR1* gene mutation affects function of this protein). Crossing may still become significant if ivermectin is given at high doses (in which case, brain levels peak 2–5 hr after administration). In contrast to mammals, ivermectin can cross the blood–brain barrier in tortoises, often with fatal consequences.

## Ecotoxicity

Field studies have demonstrated the dung of animals treated with ivermectin supports a significantly reduced diversity of invertebrates, and the dung persists longer.[34]

# History

The discovery of the avermectin family of compounds, from which ivermectin is chemically derived, was made by Satoshi Ōmura of Kitasato University, Tokyo and William C. Campbell of the Merck Institute for Therapeutic research. Ōmura identified avermectin from the bacterium *Streptomyces avermitilis*. Campbell purified avermectin from cultures obtained from Ōmura and led efforts leading to the discovery of ivermectin, a derivative of greater potency and lower toxicity.[35] Ivermectin was introduced in 1981.[36] Half of the 2015 Nobel Prize in Physiology or Medicine was awarded jointly to Campbell and Ōmura for discovering avermectin, "the derivatives of which have radically lowered the incidence of river blindness and lymphatic filariasis, as well as showing efficacy against an expanding number of other parasitic diseases".[37]

# Brand names

It is sold under the brand names Heartgard, Sklice[38] and Stromectol[39] in the United States, Ivomec worldwide by Merial Animal Health, Mectizan in Canada by Merck, Iver-DT[40] in Nepal by Alive Pharmaceutical and Ivexterm in Mexico by Valeant Pharmaceuticals International. In Southeast Asian countries, it is marketed by Delta Pharma Ltd. under the trade name Scabo 6. The formulation for rosacea treatment is sold as Soolantra. While in development, it was assigned the code MK-933 by Merck.[41]

# Veterinary use

In veterinary medicine ivermectin is used against many intestinal worms (but not tapeworms), most mites, and some lice. It is not effective for eliminating ticks, flies, flukes, or fleas. Eggs and larvae mature and come back to the host. It is effective against larval heartworms, but not against adult heartworms, though it may shorten their lives. The dose of the medicine must be very accurately measured as it is very toxic in over-dosage. It is sometimes administered in combination with other medications to treat a broad spectrum of animal parasites. Some dog breeds (especially the Rough Collie, the Smooth Collie, the Shetland Sheepdog, and the Australian Shepherd), though, have a high incidence of a certain mutation within the *MDR1* gene (coding for P-glycoprotein); affected animals are particularly sensitive to the toxic effects of ivermectin.[42][43] Clinical evidence suggests kittens are susceptible to ivermectin toxicity.[44] A 0.01% ivermectin topical preparation for treating ear mites in cats (Acarexx) is available.

```
Reported Date/Time: 11/29/17 17:27        Good Samaritan Hospital                     PAGE   8
MEDICAL DIRECTOR                            901 OLIVE DRIVE                    CLIA#05D0586488
DR. AGNES WU                             BAKERSFIELD, CA 93308
                                       LABORATORY -- COMPARATIVE REPORT                 LACUMV2

NAME.: DEBBS EURAL                       SEX......: M                 ATTENDING: SINGH MATAB
ACCT#: 426921                            AGE......: 62 Y              SECOND...:
ROOM.: 145-A DISCH 11/29/17 - PENDING ORDERS  DOB......: 10/21/1955  PRIM CARE.:
                                         PAT. PHONE: 6610000000
ADMIT: 11/14/17                          MR#......: 142724
```

## REFERENCE LAB

```
  --ORDERED--       --COLLECTED--      --REC'D--       --RESULTED--       --REPORTED---
  11/14/17 1256    11/14/17 1315     11/14/17 1315    11/20/17 2027     11/20/17 2027
  JEA              AKS               AKS              HMP               HMP

       BLOOD CULTURE
       PLEASE SEE SCANNED IMAGE


       POSITIVE?                       NO

  --ORDERED--       --COLLECTED--      --REC'D--       --RESULTED--       --REPORTED---
  11/15/17 1018    11/14/17 1940     11/15/17 1024    11/21/17 1516     11/21/17 1517
  MB               MRB               RCL              JZ                JZ

       CULTURE OTHER SOURCE
       PLEASE SEE SCANNED IMAGE


       POSITIVE?                       YES
       CALLED TO:                      FE/RN/MS
       TIME/DATE:                      0805/11-21-2017
       TECH:                           RCL/CLA

  --ORDERED--       --COLLECTED--      --REC'D--       --RESULTED--       --REPORTED---
  11/15/17 1020    11/14/17 1940     11/15/17 1027    11/21/17 0823     11/21/17 0824
  MB               MRB               RCL              JFS               JFS

       CULTURE OTHER SOURCE
       PLEASE SEE SCANNED IMAGE


       POSITIVE?            /          YES
       CALLED TO:                      FE/RN/MS
       TIME/DATE:                      11/21/2017 0805
       TECH:                           RCL/CLA
```

```
REPORTED DATE/TIME: 11/29/17 17:27  DEBBS EURAL                          799 Page:   8 CONTINUED
                        LEGEND:  L-Low, H-High, C-Critical, A-Abnormal, *E-Error
```

```
Reported Date/Time: 11/29/17 17:27        Good Samaritan Hospital                    PAGE   10
MEDICAL DIRECTOR                          901 OLIVE DRIVE                      CLIA#05D0586488
DR. AGNES WU                              BAKERSFIELD, CA 93308
                                          LABORATORY — COMPARATIVE REPORT               LACOMV2

NAME.: DEBBS EURAL                        SEX.......: M                  ATTENDING: SINGH MATAS
ACCT#: 426921                             AGE.......: 62 Y               SECOND...:
ROOM.: 145-A DISCH 11/29/17 - PENDING ORDERS  DOB.......: 10/21/1955    PRIM CARE.:
                                          PAT. PHONE: 6610000000
ADMIT: 11/14/17                           MR#.......: 142724
```

## REFERENCE LAB

```
     --ORDERED--      --COLLECTED--      --REC'D--      --RESULTED--      --REPORTED---
     11/15/17 0930    11/14/17 1750      11/14/17 1807  11/16/17 2204     11/16/17 2205
     RCL              .RN                AKS            CMS               CMS

          URINE CULTURE IDENTIFICATION
          PLEASE SEE SCANNED IMAGE


              POSITIVE?                    NO

     BLOOD CULTURE             - HAS RESULT IMAGE(s) ON FILE.
     BLOOD CULTURE             - HAS RESULT IMAGE(s) ON FILE.
     CULTURE BACTERIA ANY OTHER - HAS RESULT IMAGE(s) ON FILE.
     CULTURE BACTERIA ANY OTHER - HAS RESULT IMAGE(s) ON FILE.
     GRAM STAIN                - HAS RESULT IMAGE(s) ON FILE.
     GRAM STAIN                - HAS RESULT IMAGE(s) ON FILE.
     HEPATITIS PANEL           - HAS RESULT IMAGE(s) ON FILE.
     MRSA                      - HAS RESULT IMAGE(s) ON FILE.

     IRON                      - PENDING
     IRON BINDING CAPACITY     - PENDING
```

## TOXICOLOGY

| | | | REFERENCE | |
|---|---|---|---|---|
| Collect Dt/tm: | 111617 2238 | 111517 2222 | RANGE | UNITS |
| Report Dt/tm: | 111617 2327 | 111517 2239 | | |
| VANCOMYCIN TR | 14.4 | 9.3 | 5.0 - 20.0 | ug/mL |
| FREQUENCY: | ASK RN | Q8HRS | 0 - 0 | |
| LAST DOSE: | 1500 | 1458 | 0 - 0 | |
| NEXT DOSE: | ASK RN | 2300 | 0 - 0 | |

```
REPORTED DATE/TIME: 11/29/17 17:27   DEBBS EURAL                    799 Page:   10 CONTINUED
                           LEGEND:  L-Low, H-High, C-Critical, A-Abnormal, *E-Error
```

Reported Date/Time: 11/29/17 17:27            Good Samaritan Hospital                              PAGE    9
MEDICAL DIRECTOR                               901 OLIVE DRIVE                          CLIA#05D0586488
DR. AGNES WU                                 BAKERSFIELD, CA 93308
                                       LABORATORY — COMPARATIVE REPORT                         LACOMV2

NAME.: DEBBS EURAL                      SEX.......: M                    ATTENDING: SINGH MATAB
ACCT#: 426921                          AGE.......: 62 Y                  SECOND...:
ROOM.: 145-A DISCH 11/29/17 - PENDING ORDERS    DOB.......: 10/21/1955          PRIM CARE.:
                                       PAT. PHONE: 6610000000
ADMIT: 11/14/17                        MR#.......: 142724

## REFERENCE LAB

--ORDERED--      --COLLECTED--      --REC'D--      --RESULTED--      --REPORTED---
11/15/17 1025   11/14/17 1940      11/15/17 1025   11/21/17 0826    11/21/17 0827
RCL             .RN                RCL             JFS              JFS

        GRAM STAIN
        PLEASE SEE SCANNED IMAGE


--ORDERED--      --COLLECTED--      --REC'D--      --RESULTED--      --REPORTED---
11/15/17 1028   11/14/17 1940      11/15/17 1028   11/21/17 0826    11/21/17 0826
RCL             .RN                RCL             JFS              JFS

        GRAM STAIN
        PLEASE SEE SCANNED IMAGE


--ORDERED--      --COLLECTED--      --REC'D--      --RESULTED--      --REPORTED---
11/14/17 1109   11/14/17 0800      11/14/17 1108   11/17/17 1123    11/17/17 1123
RCL             .LM                RCL             JZ               JZ

        HEPATITS PANEL
        PLEASE SEE SCANNED IMAGE

--ORDERED--      --COLLECTED--      --REC'D--      --RESULTED--      --REPORTED---
11/15/17 1018   11/15/17 1022      11/15/17 1023   11/21/17 1237    11/21/17 1238
MB              MRB                RCL             JZ               JZ

        MRSA
        PLEASE SEE SCANNED IMAGE


        POSITIVE?                    YES
        CALLED TO:                   KATHY/RN
        TIME/DATE:                   11/21/17 @1115
        TECH:                        RCL



REPORTED DATE/TIME: 11/29/17 17:27    **DEBBS EURAL**                        799 Page:    9 CONTINUED
                           LEGEND:  L-Low, H-High, C-Critical, A-Abnormal, *E-Error

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )

Eural Dewayne Debbs Sr.

DEFENDANTS ( Check box if you are representing yourself ☐ )

**(b)** County of Residence of First Listed Plaintiff  KERN
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  KERN
*(IN U.S. PLAINTIFF CASES ONLY)*

**(c)** Attorneys *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.

3753 Saddle Back Dr
Palmdale California 93550

Attorneys *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.

Eural D Brewer
3753 Saddle Back Dr
Palmdale California 93550

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☒ 3. Federal Question (U.S. Government Not a Party)

☐ 2. U.S. Government Defendant

☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☒ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☒ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding
☐ 2. Removed from State Court
☐ 3. Remanded from Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred from Another District (Specify)
☐ 6. Multidistrict Litigation - Transfer
☐ 8. Multidistrict Litigation - Direct File

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No   (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No   ☒ **MONEY DEMANDED IN COMPLAINT:** $ 3,100,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Ada And Eighth Amendment Violations, negligence, Malpractice

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 376 Qui Tam (31 USC 3729(a)) | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 400 State Reapportionment | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☒ 510 Motions to Vacate Sentence | ☐ 835 Patent - Abbreviated New Drug Application |
| ☐ 410 Antitrust | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 535 Death Penalty | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☒ 440 Other Civil Rights | **LABOR** | |
| ☐ 895 Freedom of Info. Act | **REAL PROPERTY** | ☒ 362 Personal Injury-Med Malpratice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 896 Arbitration | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 220 Foreclosure | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accommodations | ☐ 740 Railway Labor Act | |
| | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| ☐ 950 Constitutionality of State Statutes | | | ☒ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:**   Case Number:

CV-71 (05/17)           **CIVIL COVER SHEET**           Page 1 of 3

CV17-9223

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| | | |
|---|---|---|
| **QUESTION A: Was this case removed from state court?** ☐ Yes ☒ No | ☐ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Weste... |
| If "no," skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | ☐ Orange | South... |
| | ☐ Riverside or San Bernardino | Easte... |

| | | |
|---|---|---|
| **QUESTION B: Is the United States, or one of its agencies or employees, a PLAINTIFF in this action?** ☐ Yes ☒ No | **B.1.** Do 50% or more of the defendants who reside in the district reside in Orange Co.? *check one of the boxes to the right* | ☒ YES. Your case will...assigned to...Enter "Southern"...from there. ☐ NO. Continue to... |
| If "no," skip to Question C. If "yes," answer Question B.1, at right. | **B.2.** Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.) *check one of the boxes to the right* | ☐ YES. Your case will...assigned to...Enter "Eastern"...from there. ☒ NO. Your case will...assigned to...Enter "Western"...from there. |

| | | |
|---|---|---|
| **QUESTION C: Is the United States, or one of its agencies or employees, a DEFENDANT in this action?** ☐ Yes ☒ No | **C.1.** Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.? *check one of the boxes to the right* | ☐ YES. Your case will...assigned to...Enter "Southern"...from there. ☐ NO. Continue to... |
| If "no," skip to Question D. If "yes," answer Question C.1, at right. | **C.2.** Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.) *check one of the boxes to the right* | ☐ YES. Your case will...assigned to...Enter "Eastern"...from there. ☐ NO. Your case will...assigned to...Enter "Western"...from there. |

| | | | |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☐ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☐ |

| **D.1. Is there at least one answer in Column A?** | **D.2. Is there at least one answer in Column B?** |
|---|---|
| ☐ Yes ☒ No | ☐ Yes ☒ No |
| If "yes," your case will initially be assigned to the **SOUTHERN DIVISION.** Enter "Southern" in response to Question E, below, and continue from there. If "no," go to question D2 to the right. ➡ | If "yes," your case will initially be assigned to the **EASTERN DIVISION.** Enter "Eastern" in response to Question E, below. If "no," your case will be assigned to the **WESTERN DIVISION.** Enter "Western" in response to Question E, below. ⬇ |

**QUESTION E: Initial Division?**   INITIAL DIVISION IN CACD

| Enter the initial division determined by Question A, B, C, or D above: ➡ | Southern District |
|---|---|

**QUESTION F: Northern Counties?**

| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | ☐ Yes ☒ No |
|---|---|

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**IX(a). IDENTICAL CASES:** Has this action been previously filed in this court?                                                               NO

If yes, list case number(s):        *N/A*

**IX(b). RELATED CASES:** Is this case related (as defined below) to any other civil or criminal case(s) previously filed                          NO

If yes, list case number(s):        *N/A*

Civil cases are related when they (check all that apply):

- [x] A. Arise from the same or a closely related transaction, happening, or event;
- [ ] B. Call for determination of the same or substantially related or similar questions of law and fact
- [ ] C. For other reasons would entail substantial duplication of labor if heard by different judges.

Note: That cases may involve the same patent, trademark, or copyright is not in itself, sufficient to deem

A civil forfeiture case and a criminal case are related when they (check all that apply):

- [ ] A. Arise from the same or closely related transaction, happening, or event;
- [ ] B. Call for determination of the same or substantially same or similar questions of law and fa
- [ ] C. Involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

**X. SIGNATURE OF ATTORNEY**
**(OR SELF-REPRESENTED LITIGANT):**        *Ewal D. Keel_____*

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1. This form CV-071 and the information neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules. For more detailed instructions, see separate instruction sheet (CV-071A).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |



EUrAL Dwayne Debbs SR
AMALFI IN The Desert
3753 Saddleback Dr.
Palmdale Ca. 93550

CN

Confidential Legal Mail

RECEIVED
CLERK, U.S. DISTRICT COURT
DEC 26 2017
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

United STATES CourtHouse
312 N. Spring ST.
Los Angeles Ca. 90012

December 16, 2017

(Attention Cl__ ___)

