**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EURAL DEWAYNE DEBBS SR., <br><br> PLAINTIFF(S) <br> v. <br> GOOD SAMARITAN HOSPITAL, et al., <br><br> DEFENDANT(S) | CASE NUMBER <br><br> CV 17-9223-DSF (GJSx) <br><br> **ORDER RE REQUEST TO PROCEED** <br> *IN FORMA PAUPERIS* |

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

_____   _____
Date                                              United States Magistrate Judge

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

☐ Inadequate showing of indigency         ☒ District Court lacks jurisdiction
☐ Legally and/or factually patently frivolous   ☐ Immunity as to _____
☐ Other: _____

Comments:
Neither diversity jurisdiction nor federal question jurisdiction exists. Plaintiff alleges nothing more than inadequate medical care and/or medical malpractice. The Complaint's allusion to the Eighth Amendment is unavailing, as no "punishment" within the meaning of that Amendment is, or can be, stated based on his complaints as a nonprisoner about his medical care. In addition, none of the Defendants are state actors. Accordingly, there is no basis for liberally construing the Complaint to state a claim under 42 U.S.C. sec. 1983.

January 3, 2018                                  /s/
Date                                              United States Magistrate Judge

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

☐ GRANTED

☒ DENIED (see comments above). IT IS FURTHER ORDERED that:

   ☒ Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.
   ☐ This case is hereby DISMISSED immediately.
   ☐ This case is hereby REMANDED to state court.

1/3/18                                            Dale S. Fischer
Date                                              United States District Judge